No. 01–9300. FORDJOUR v. MOTOROLA, INC., ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01A753 (01–1632). TEXAS v. MCCARTHY. Ct. Crim. App. Tex. Application for stay of mandate, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–2247. IN RE DISBARMENT OF EARLS. Disbarment entered. [For earlier order herein, see 531 U. S. 1139.]

No. D–2282. IN RE DISBARMENT OF KELLY. Disbarment entered. [For earlier order herein, see 534 U. S. 1016.]

No. D–2283. IN RE DISBARMENT OF ENGLAND. Disbarment entered. [For earlier order herein, see 534 U. S. 1016.]

No. D–2285. IN RE DISBARMENT OF MATTHEWS. Disbarment entered. [For earlier order herein, see 534 U. S. 1017.]

No. D–2306. IN RE DISCIPLINE OF SCHAEFER. John Michael Schaefer, of Las Vegas, Nev., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2307. IN RE DISCIPLINE OF O'BRIEN. Rondolyn Rae Rauch O'Brien, of Albuquerque, N. M., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2308. IN RE DISCIPLINE OF EDMONDS. Clyde Emmett Edmonds, of Plainfield, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.